AO 121 (Rev. 06/16)  (CAND version 8/18)

| TO:  **Register of Copyrights**<br>    **Copyright Office**<br>    **Library of Congress**<br>    **Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION ON APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☒ ACTION                   ☐ APPEAL

COURT NAME AND LOCATION

United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

DOCKET NO:
5:19-cv-00585-VKD

DATE FILED:
2/1/2019

PLAINTIFF:
Eckelmann

DEFENDANT:
HIgbee & Associates

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | SEE ATTACHED COPY OF NOTICE OF REMOVAL | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED          INCLUDED BY:
                       ☐ Amendment          ☐ Answer          ☐ Cross Bill          ☐ Other Pleading

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:                    WRITTEN OPINION ATTACHED:          DATE RENDERED:
☐ Order      ☐ Judgment          ☐ Yes      ☐ No

*Susan Y. Soong*
Susan Y. Soong, Clerk

*Diane Miyashiro*
(by) Deputy Clerk, Diane Miyashiro

2/4/2019
Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy