1  Your name: CLAUDIA ECKELMANN
2  Address: 82 DIABLO VIEW DRIVE
3  ORINDA, CALIFORNIA 94563
4  Phone Number: (925) 969-2336
5  E-mail Address: ceckelmann@dvc.edu
6  Pro se Plaintiff

FILED
MAR 04 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco  ☐ Oakland  ☒ San Jose  ☐ Eureka

CLAUDIA ECKELMANN

Plaintiff,

vs.

HIGBEE AND ASSOCIATES

Defendant.

Case Number: 5:19-cv-00585-VKD

**NOTICE OF VOLUNTARY DISMISSAL OF**

[check one]

☒ **THIS ENTIRE CASE**

☐ **ONLY DEFENDANT** [name]

Hon. Virginia K DeMarchi

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☒ this entire case.

☐ only Defendant [name] _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: March 4, 2019    Sign Name: [signature]
                       Print Name: Claudia Eckelmann

NOTICE OF VOLUNTARY DISMISSAL
Case No. 5:19-cv-00585-VKD                                    [JDC TEMPLATE]

**Justice Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

\* *You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.* \*

1. **Case Name:** Eckelmann v. Higbee and Associates

2. **Case Number:** 5:19-cv-00585-VKD

3. **What documents were served?**

   Notice of Voluntary Dismissal

4. **How was the document served?** *[check one]*

   [✓] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Matthew K. Higbee & Ryan Carreon

   HIGBEE & ASSOCIATES

   1504 Brookhollow Dr., Suite 112

   Santa Ana, CA 92705

6. **When were the documents sent?** March 4, 2019

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *[signed]*

   Name: Claudia Eckelmann

   Address: 82 DIABLO VIEW DRIVE

   ORINDA, CALIFORNIA 94563

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*